**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
DEBTOR: __Tania Maribel Velasquez__   JOINT DEBTOR: _____   CASE NO.: __11-40534-LMI__
Last Four Digits of SS# __8526__   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $__1,444.87__ for months __1__ to __60__; ;in order to pay the following creditors:

Administrative:   Attorney's Fee - $__5,000.00 +200.00 Costs__   TOTAL PAID $__1,700.00__
                  Balance Due   $__3,500.00__ payable $__875.00__/month (Months __1__ to __4__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __JP Morgan Chase__        Total Escrow Payoff    $__20,260.20 ($337.67 for 60 months)__
Address: __3415 Vision Drive__   Monthly Escrow Payment $__337.67__/month (Months __1__ to __60__)
          __Columbus, OH 43219__
          __Attn: OH4-7133__
Account No: __2933__

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase (1st Mtg) Acct # xxxxx2933 | Non-Homestead property located at 275-277 NE 55 Terr Miami, FL 33137 $45,000.00 | 5.25 % | $ 87.71 $ 909.14 | __1__ To __4__ __5__ To __60__ | $51,262.68 |
| Bank of America (2nd Mtg) Acct # xxxxx2933 | Non-Homestead property located at 275-277 NE 55 Terr Miami, FL 33137 $45,000.00 | 0.00 % | $ 0.00 | __1__ To __60__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                Payable  $_____/month (Months __ to __)

Unsecured Creditors: Pay $__53.57__ month (Months __5__ to __60__), Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: First USA/Chase (H/s-1st Mtg) is current and being paid outside the Chapter 13 Plan. Chase (Non-H/s-1st Mtg) is being crammed down through the Chapter 13 plan. Bank of America (Non-H/s-2nd Mtg) is being stripped off through the Chapter 13 plan. "The debtor will provide copies of her income tax returns to the Chapter 13 Trustee on or before May15th during the pendency of the plan. The debtor will amend Schedule I and J and modify the plan if necessary."
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   __/s/ Tania Velasquez__
Debtor
Date: __4/10/12__

LF-31 (rev. 01/08/10)